902 F.2d 1561
 Pittsburgh Terminal Corporation
v.
Baltimore and Ohio Railroad Company, Price (W. James),
Decker (Alonzo G., Jr.), Nolan (James Parker), Deane
(Frederick, Jr.), O'Keefe (James L.), Devine (Gregory S.),
Le Febre (Fay A.), Camicia (Nicholas T.), Eisenhower (Milton
S., Dr.), Muller (Steven), Stevenson (John K.), Watkins
(Hays T.), Simpson (Howard E.), Eaton (Cyrus S.), Chesapeake
and Ohio Railroad, Chessie System, Jutting (Hans J., Eugenia)
 NOS. 89-3594, 89-3595
 United States Court of Appeals,
Third Circuit.
 APR 09, 1990
 
 Appeal From: W.D.Pa.,
 Weber, J.
 
 
 1
 AFFIRMED.